IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
PRISCILLA JIBOWU, Individually and on
Behalf of All Other Persons Similarly Situated,    No. 1:17-cv-03875(PKC)(CLP)

               Plaintiff,

    - v -

TARGET CORPORATION and TARGET
CORPORATION OF MINNESOTA,

               Defendants.
---------------------------------------------------------X

**OPT-IN PLAINTIFF KEVIN WEST NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 68(a), Opt-In Plaintiff Kevin West accept Defendants' Offer of Judgment, which is attached as Exhibit "A" hereto. Service of this acceptance has been made upon Defendants' counsel.

Opt-In Plaintiff Kevin West respectfully request that the Clerk of Court enter judgment, subject to Court approval, in favor of Opt-In Plaintiff Kevin West in the amount of seven thousand Five Hundred dollars ($7,500.00), less any applicable payroll tax deductions and withholdings plus an amount for Plaintiffs' attorneys' fees and costs after the Court establishes or the parties agree on such fees and costs.

New York, New York
Dated: March 7, 2019

                                                By: s/*Charles Gershbaum*
                                                Charles Gershbaum

                                                Marc S. Hepworth
                                                David A. Roth
                                                Rebecca S. Predovan
                                                HEPWORTH GERSHBAUM & ROTH, PLLC

192 Lexington Avenue, Suite 802
New York, NY 10016
Tel: (212)545-1199
Fax: (212)532-3801

Seth R. Lesser
Fran L. Rudich
Christopher M. Timmel
KLAFTER, OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220

*Attorneys for Plaintiff and Opt-Ins*