# PAUL HASTINGS

**Jeffrey D. Wohl**
415 856 7255
jeffwohl@paulhastings.com

April 13, 2020

**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    *Jibowu v. Target Corporation*, E.D.N.Y. No. 17-cv-03875 (PKC)(CLP)

Your Honor:

Last Friday we received electronic notification of the submission to the Court of Mr. Lesser's letter regarding a new Second Circuit decision, *Scott v. Chipotle Mexican Grill, Inc.*, Slip. Op., Nos. 17-2208-cv, 18-359-cv (2d Cir. April 1, 2020).  We are reviewing the *Scott* decision and will respond substantively to Mr. Lesser's letter by this coming Friday, April 17, 2020, consistent with the time frame specified in Your Honor's Individual Practices and Rules, Rule 3.A for letter-motions.

We thank the Court for its attention to this matter.

Sincerely,

*Jeffrey D. Wohl*

Jeffrey D. Wohl

JDW:wp

cc:    All counsel of record (via ECF)

Paul Hastings LLP  |  101 California Street  |  Forty-Eighth Floor  |  San Francisco, CA 94111
t: +1.415.856.7000  |  www.paulhastings.com

LEGAL_US_W # 102598298.2