UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRISCILLA JIBOWU, Individually and on:
Behalf of All Other Persons Similarly Situated,  :  Civil Action No.: 1:17-cv-03875 (PKC)(CLP)
                                     :
                                     :
                Plaintiffs,   :
                                     :

v.                                      :
                                     :

TARGET CORPORATION and TARGET  :
CORPORATION OF MINNESOTA,
                                     :
                  Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING CONSENTS

Now this 26th day of January 2021, pursuant to 29 U.S.C. § 216(b) Plaintiff hereby files

Consent To Join Lawsuit forms (*see* Exhibit A) for the following individuals, who shall participate

as Opt-Ins in the above-captioned case:

1.      Tana Duong

2.      Bertram Pryce

Dated: January 26, 2021         By: /s/ Seth R. Lesser
      Rye Brook, New York         Seth R. Lesser
                                Christopher M. Timmel
                                KLAFTER OLSEN & LESSER, LLP
                                Two International Drive, Suite 350
                                Rye Brook, NY 10573
                                Tel: (914) 934-9200
                                Fax: (914) 934-9220
                                Email: seth@klafterolsen.com
                                Email: christopher.timmel@klafterolsen.com

                                Marc S. Hepworth
                                Charlie Gershbaum
                                David A. Roth
                                Rebecca S. Predovan
                                HEPWORTH GERSHBAUM & ROTH, PLLC

192 Lexington Avenue, Suite 802
New York, NY 10016
Tel: (212) 545-1199

**Attorneys for Plaintiff, the Collective, and the New York Class**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ Seth R. Lesser
Seth R. Lesser