UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------- x

PRISCILLA JIBOWU, Individually and on Behalf of All Other Persons Similarly Situated,

                Plaintiffs,

v.

TARGET CORPORATION and TARGET CORPORATION OF MINNESOTA,

                Defendant.

----------------------------------- x

Civil Action No.: 1:17-cv-03875 (PKC)(CLP)

## NOTICE OF FILING CONSENT

Now this 27th day of January 2021, pursuant to 29 U.S.C. § 216(b) Plaintiff hereby files Consent To Join Lawsuit form (*see* Exhibit A) for the following individual, who shall participate as Opt-In in the above-captioned case:

    1.    Jordan P. Lanksbury

Dated: January 27, 2021
       Rye Brook, New York

By: /s/ Seth R. Lesser
Seth R. Lesser
Christopher M. Timmel
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220
Email: seth@klafterolsen.com
Email: christopher.timmel@klafterolsen.com

Marc S. Hepworth
Charlie Gershbaum
David A. Roth
Rebecca S. Predovan
HEPWORTH GERSHBAUM & ROTH, PLLC

192 Lexington Avenue, Suite 802
New York, NY 10016
Tel: (212) 545-1199

***Attorneys for Plaintiff, the Collective, and the New York Class***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ Seth R. Lesser
Seth R. Lesser