```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x
PRISCILLA JIBOWU, Individually and on      :
Behalf of All Other Persons Similarly Situated, :  Civil Action No.: 1:17-cv-03875 (PKC)(CLP)
                                            :
                                            :
                    Plaintiffs,             :
                                            :
v.                                          :
                                            :
TARGET CORPORATION and TARGET               :
CORPORATION OF MINNESOTA,                   :
                                            :
                    Defendant.              :
----------------------------------- x
```

## NOTICE OF FILING CONSENT

Now this 28th day of January 2021, pursuant to 29 U.S.C. § 216(b) Plaintiff hereby files Consent To Join Lawsuit form (*see* Exhibit A) for the following individual, who shall participate as Opt-In in the above-captioned case:

1. Kyla Cushman

| | |
|---|---|
| Dated: January 28, 2021<br>Rye Brook, New York | By: /s/ Seth R. Lesser<br>Seth R. Lesser<br>Christopher M. Timmel<br>KLAFTER OLSEN & LESSER, LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Tel: (914) 934-9200<br>Fax: (914) 934-9220<br>Email: seth@klafterolsen.com<br>Email: christopher.timmel@klafterolsen.com<br><br>Marc S. Hepworth<br>Charlie Gershbaum<br>David A. Roth<br>Rebecca S. Predovan<br>HEPWORTH GERSHBAUM & ROTH, PLLC |

192 Lexington Avenue, Suite 802
New York, NY 10016
Tel: (212) 545-1199

***Attorneys for Plaintiff, the Collective, and the New York Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ Seth R. Lesser
Seth R. Lesser